AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

✓ FILED
ENTERED                    RECEIVED
                           SERVED ON
                    COUNSEL/PARTIES OF RECORD

AUG 30 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                  DEPUTY

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:18-mj-00129-WGC |
| GREGORY BAUER ROBERTS ) | |
| ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United Stated District Court, District of Nevada<br>400 S. Virginia Street<br>Reno, NV 89501 | Courtroom No.: 2 |
|---|---|
| | Date and Time: 8/31/18 1:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 08/30/2018

_William G. Cobb_
*Judge's signature*

William G. Cobb, United States Magistrtate Judge
*Printed name and title*